```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                    BLUEFIELD
```

**ANDREW SNOW, III,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 1:21-00013**

**OAK HALL, et al.,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

Pending on the court's docket are two motions filed by G. Russell Rollyson, Jr., one for summary judgment and one in limine. See ECF Nos. 35 and 44. On or about December 30, 2021, plaintiff and Mr. Rollyson agreed to settle all claims asserted against Rollyson. Therefore, Rollyson's motions are **DENIED** as moot. Furthermore, as the court informed the parties at the final pretrial conference, the motion for summary judgment filed by defendants Oak Hall and WVTD, LLC (ECF No. 47) is **DENIED** as untimely.

The Clerk of the Court is directed to send a copy of this Order to all counsel of record and to any unrepresented party.

IT IS SO ORDERED this 14th day of September, 2022.

                        ENTER:

                        David A. Faber
                        Senior United States District Judge